# Court of Appeals
# of the State of Georgia

ATLANTA, __May 19, 2015__

*The Court of Appeals hereby passes the following order:*

**A15D0389.  MARQUISE ROBBINS v. DEPARTMENT OF CORRECTIONS.**

Marquise Robbins seeks discretionary review of the trial court's order instructing the clerk of court not to file Robbins's civil action.  The court's order was entered on March 16, 2015, and Robbins filed his application for discretionary appeal on April 23, 2015.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. See *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Because Robbins filed this application 38 days after entry of the order he wishes to appeal, it is untimely.  The application is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __05/19/2015__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*